UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEROME VORUS<br><br>            Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.,*<br><br>            Defendants. | No. 11-cv-1219 (BAH) |

**JOINT STATUS REPORT AND MOTION
FOR A FURTHER STAY OF PROCEEDINGS**

Pursuant to this Court's Order of September 26, 2011, plaintiff Jerome Vorus and defendants District of Columbia, *et al.,* respectfully submit this joint status report and, pursuant to LCvR 7(m), respectfully request a further stay of these proceedings until January 10, 2012, in order to allow the parties to continue their settlement negotiations. In support thereof, they state as follows:

    1. The complaint in this action alleged a violation of plaintiff's First and Fourth Amendment rights, as well as common law claims, against the District of Columbia and several named and unnamed officers of the Metropolitan Police Department arising from an incident in which he asserts that he was unlawfully detained by MPD officers and advised by them that he was not permitted to photograph MPD officers performing their duties on a public street.

    2. The District filed a motion to dismiss on behalf of itself and a named officer. In response, the plaintiff filed an amended complaint that contained additional factual allegations and named the previously-unnamed officers.

    3. On September 23, the parties jointly moved the Court to stay this matter for 60

days to allow them to engage in settlement negotiations, representing that they believed it was reasonably possible that an early settlement on terms mutually agreeable to all parties could be reached.  The Court granted that motion and directed the parties to file a joint status report by November 25, 2011.

4. After a somewhat lengthy process of research and consultation, plaintiff submitted a detailed "Draft Special Order on Photography and Audio Recording" to defendants on November 3, 2011, along with a demand for a sum of money to settle his claims for damages and attorney's fees.

5. Defendants have been considering plaintiff's draft policy and monetary demand, and intend to respond with counterproposals on both items.  However, they have not yet been able to finalize their response.  They anticipate being able to do so within the next few weeks.

6. The parties continue to believe that a mutually agreeable settlement of this case is reasonably possible, and that seeking to reach such a settlement is a better use of their resources – and of the Court's – than resuming adversary litigation at this time.

7. Because all parties seek the relief requested, no other party will be affected by the requested stay.  Other than the current deadlines of December 5 and 15, 2011, for a response to the amended complaint and the filing of a Joint Meet and Confer Report, there are no other dates that will be impacted by the requested relief.

8. The parties respectfully submit that the above represents good cause for a continued stay of these proceedings.

Accordingly, the parties jointly request that the Court continue to stay this matter to and including January 10, 2012, to allow settlement negotiations to continue. They

propose that the Court direct the filing of a joint status report by that date, apprising the Court of the status of the negotiations and providing recommendations for further proceedings, if necessary.

                                                              Respectfully submitted,

                                                              *Arthur B. Spitzer*
                                                              Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick Mulhauser (D.C Bar. No. 455377)
American Civil Liberties Union
  of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Tel. (202) 457-0800
Fax (202) 452-1868
art@aclu-nca.org
fmulhauser@aol.com

Counsel for Plaintiff Jerome Vorus

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ DARRELL CHAMBERS
DARRELL CHAMBERS (D.C Bar. No. 980872)
Chief, General Litigation Section 2

  /s/ *Shana L. Frost*
SHANA L. FROST (D.C. Bar No. 458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

Counsel for Defendants

November 25, 2011

3